Rhode Island and Providence Plantations

Providence. SC Superior Court

State of Rhode Island CA 05 394 T

V.S. Case No ------

Stephen G. Rollins

Motion Ex Parte, For Transcript'S

FILED
SEP 15 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

(I)
Here Comes The aboved named defendant asking; The court, under rule (II) of The Superior Court rules Of the Superior Court Rules of Criminal Procedure. for and Order, to the Clerk of The Court, To have made up and given To the defendant, The Transcript of: The Competency, hearing, of 8-97 and The hear ing's on Case numbers, PL 96-4214 PL/97-2407, PL/97-2406, PL\96-44 37.

(II)
Where on, 8-12-97 said defendant did enter into a agreement With The Court To: enter a plea of guilty, to the above gone Case numbers.

(111)
Under Rule (11) under The Superior, Court Rules of Ciminal Porcedure, said defendant need said Transcript, To show The Court where: in The record That he was not-in-accord With Rule (11) when he made his Plea, (is) not Voluntary

(4.) Oath

Denfendant say: That he have no money To give for said Transcript defendant say This, under penalty Of perjury.

Respectfully Submitted
Stephen G. Rollins

005343
P.O. Box 8273

Cranston R.I.

02920

5

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

Article Sent To:

Postage $
Certified Fee X
Return Receipt Fee (Endorsement Required) X
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

Postmark Here — JAN 29 2004

Name (Please Print Clearly) (to be completed by mailer)
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: Associate Justice Robert D. Krause Providence Superior Court ... 250 Benefit Street Providence Rhode Island

***COMPLETE THIS SECTION ON DELIVERY***

A. Received by *(Please Print Clearly)*

B. Date of Delivery 1-31-04

C. Signature
X
☐ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, [illegible]livery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☒ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number *(Copy from service label)*
7099 3400 6542 6866

PS Form 3811, July 1999 Domestic Return Receipt 102595-99-M-1789