UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| STEPHEN G. ROLLINS, Petitioner, | : | |
| v. | : | CA 05-394 T |
| STATE OF RHODE ISLAND, Defendant. | : | |

**ORDER**
**RE MOTION TO PROCEED**
**IN FORMA PAUPERIS**

On September 15, 2005, the court received a letter dated September 6, 2005, from Stephen G. Rollins ("Petitioner"), an inmate confined at the Adult Correctional Institutions in Cranston, Rhode Island. In the letter, Petitioner appears to indicate that he has filed in the Providence County Superior Court a petition for a writ of habeas corpus (the "State Petition") and a motion for transcripts (the "State Motion for Transcripts"), but that he has been unable to "get any response from the State." Letter from Petitioner to court of 9/6/05. Copies, presumably of the State Petition and of the State Motion for Transcripts, were included with the letter. Petitioner requests that his letter be treated as a petition for a writ of habeas corpus. For present purposes, the court does so.

The State Petition and the State Motion for Transcripts both contain oaths by Petitioner stating that he has no money. See State Petition at 6; State Motion for Transcripts at 2. The court has treated these oaths as a motion to proceed in forma pauperis ("Motion to Proceed in Forma Pauperis"). The Motion to Proceed in Forma Pauperis has been referred to this Magistrate Judge.

Accordingly, pursuant to the requirements of 28 U.S.C. § 1915, Petitioner is directed to file by October 24, 2005:

1. an affidavit which includes a statement of all his

assets and also states that he is unable to pay the $5.00 filing fee required for a petition for habeas corpus;[1]

2. a certified copy of his prisoner trust fund account statement (or institutional equivalent) for the six months immediately preceding the filing of the Petition on September 15, 2005 obtained from the appropriate official at the ACI. See 28 U.S.C. § 1915(a)(2).

Upon receipt of the affidavit and certified copy of Petitioner's prisoner trust fund account statement, the court will rule on the Motion to Proceed in Forma Pauperis. If Petitioner does not file these documents by October 24, 2005, and does not pay the $5.00 filing fee by that date, this Magistrate Judge will recommend that the Petitioner's Motion to Proceed in Forma Pauperis be denied and that his Petition be dismissed.

**Lastly, as an alternative to filing the above referenced affidavit and certified copy of his prisoner trust fund account statement, Petitioner may pay the $5.00 filing fee by October 24, 2005.**

So ordered.

---

[1] 28 U.S.C. § 1914(a) provides:

> The clerk of each district court shall require the parties instituting any civil action, suit or proceeding in such court, whether by original process, removal or otherwise, to pay a filing fee of $250, except that **on application for a writ of habeas corpus the filing fee shall be $5**.

28 U.S.C. § 1914(a) (bold added).

ENTER:

DAVID L. MARTIN
United States Magistrate Judge
September 23, 2005

BY ORDER:

Deputy Clerk