UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| STEPHEN G. ROLLINS,<br>Petitioner,<br><br>v.<br><br>STATE OF RHODE ISLAND,<br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>: | CA 05-394 T |

**REPORT AND RECOMMENDATION**
**RE MOTION TO PROCEED**
**IN FORMA PAUPERIS**

David L. Martin, United States Magistrate Judge

On September 15, 2005, the court received a letter dated September 6, 2005, from Stephen G. Rollins ("Petitioner"), an inmate confined at the Adult Correctional Institutions ("ACI") in Cranston, Rhode Island. In the letter, Petitioner appeared to indicate that he had filed in the Providence County Superior Court a petition for a writ of habeas corpus (the "State Petition") and a motion for transcripts (the "State Motion for Transcripts"), but that he had been unable to "get any response from the State." Letter from Petitioner to court of 9/6/05. Copies, presumably of the State Petition and of the State Motion for Transcripts, were included with the letter. Petitioner requested that his letter be treated as a petition for a writ of habeas corpus (the "Federal Petition").

The State Petition and the State Motion for Transcripts both contain oaths by Petitioner stating that he has no money, see State Petition at 6; State Motion for Transcripts at 2, which oaths the court determined would be treated as a motion to proceed in forma pauperis ("Motion to Proceed in Forma Pauperis"). This Magistrate Judge directed Petitioner to file by October 24, 2005, an affidavit including a statement of all his assets and stating that he is unable to pay the $5.00 filing fee required for a petition for a writ of habeas corpus as well as a

certified copy of his prisoner trust fund account statement (or institutional equivalent) for the six months immediately preceding the filing of the Petition on September 15, 2005 obtained from the appropriate official at the ACI pursuant to 28 U.S.C. § 1915(a). See Order Re Motion to Proceed in Forma Pauperis dated September 23, 2005 ("9/23/05 Order") at 1-2. Alternatively, Petitioner was advised that he could pay the $5.00 filing fee by October 24, 2005. See id. at 2. Petitioner has done neither.

Accordingly, as was indicated in the 9/23/05 Order, I recommend that the Motion to Proceed in Forma Pauperis be denied and that the Federal Petition be dismissed. Any objection to this Report and Recommendation must be specific and must be filed with the Clerk of the Court within ten (10) days of its receipt. See Fed. R. Civ. P. 72(b); D.R.I. Local R. 32. Failure to file specific objections in a timely manner constitutes waiver of the right to review by the district court and the right to appeal the district court's decision. See United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986); Park Motor Mart, Inc. v. Ford Motor Co., 616 F.2d 603, 605 (1st Cir. 1980).

David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
November 2, 2005

Accepted in the absence of an objection.
Ernest C. Torres
Ernest C. Torres
Chief, US District Judge
Date: 11/21/05