UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

STEPHEN G. ROLLINS

v. CA No. 05-394-T

STATE OF RHODE ISLAND

**ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS**

Petitioner's motion to proceed in forma pauperis is hereby denied and the federal petition is hereby dismissed.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge

Date: Nov. 21, 2005